UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANIEL SPRIGGENS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-2266** |
| **DR. DENNIS LARAVIA** | **SECTION: "S"(1)** |

**O R D E R**

Plaintiff has filed a motion for appointment of counsel. Rec. Doc. 13. Under federal law, "[a] district court should appoint counsel in a civil rights case only if presented with *exceptional* circumstances." Norton v. Dimazana, 122 F.3d 286, 293 (5th Cir. 1997) (emphasis added). Having considered that fact, as well as the factors set forth in Ulmer v. Chancellor, 691 F.2d 209, 213 (5th Cir. 1982), the Court finds that appointment of counsel is not warranted in the instant case. Plaintiff's claims in this lawsuit are neither factually nor legally complex. Although plaintiff claims that he has no access to a law library or legal assistance, he fails to explain why he is unable to utilize the legal services program at the B.B. "Sixty" Rayburn Correctional Center. Further, in light of the fact that plaintiff's medical records and the facility's policies concerning the treatment of Hepatitis C have already been produced, it is unlikely that extensive discovery or investigation will be required. Moreover, the Court is of the opinion that a trial, if one is necessary, will not require skills beyond plaintiff's capabilities. Accordingly, plaintiff's motion for appointment of counsel is **DENIED**.

New Orleans, Louisiana, this nineteenth day of December, 2011.

_____
**SALLY SHUSHAN**
**UNITED STATES MAGISTRATE JUDGE**