UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANIEL SPRIGGENS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-2266** |
| **DR. DENNIS LARAVIA** | **SECTION: "S"(1)** |

**O R D E R**

Plaintiff has filed a motion for reconsideration of this Court's Order denying him appointed counsel. Rec. Doc. 15. That motion for reconsideration is **DENIED**.

As the Court noted in its original Order, "[a] district court should appoint counsel in a civil rights case only if presented with *exceptional* circumstances." Norton v. Dimazana, 122 F.3d 286, 293 (5th Cir. 1997) (emphasis added). Having considered that fact, as well as the factors set forth in Ulmer v. Chancellor, 691 F.2d 209, 213 (5th Cir. 1982), the Court found that appointment of counsel was not warranted in the instant case. Plaintiff's claims in this lawsuit are neither factually nor legally complex, and it is unlikely that extensive discovery or investigation will be required. Moreover, the Court was and continues to be of the opinion that a trial, if one is necessary, will not require skills beyond plaintiff's capabilities.

New Orleans, Louisiana, this fifth day of January, 2012.

**SALLY SHUSHAN**
**UNITED STATES MAGISTRATE JUDGE**